UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMP 1 TRUCKEE LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>Daxko, LLC, an Alabama limited liability company, and<br><br>DOES 1-20, inclusive,<br><br>    Defendants. | CASE NO.: 2:21-cv-02064-MCE-JDP<br><br>ORDER GRANTING DEFENDANT DAXKO, LLC'S UNOPPOSED MOTION TO STAY RULE 26(F) DEADLINES PENDING RULINGS ON MOTION TO COMPEL ARBITRATION AND MOTION TO STAY ARBITRATION |

Before the Court is Daxko, LLC's Unopposed Motion to Stay Rule 26(f) Deadlines Pending Rulings on Motion to Compel Arbitration and Motion to Stay Arbitration. The Motion requests that the Court stay the current Rule 26(f) conference deadline until twenty-one (21) days after the Court rules on the pending Motion to Compel Arbitration (D.E. 5) and Motion to Stay Arbitration (D.E. 7) and that the Rule 26(f) report be due fourteen (14) days after that extended deadline in compliance with Rule 26(f)(2) of the Federal Rules of Civil Procedure.

Having reviewed the Motion and the record in this case, and being otherwise sufficiently advised, the Court finds that there is good cause for the relief requested and hereby **GRANTS** the Request. The deadline to confer pursuant to Rule 26(f) is stayed until twenty-one (21) days after

1 the Court issues an order ruling on the pending Motion to Compel Arbitration (D.E. 5) or Motion
2 to Stay Arbitration (D.E. 7), whichever occurs later.  Further, the parties' Rule 26(f) report shall
3 be due fourteen (14) days after such conference, in compliance with Rule 26(f)(2) of the Federal
4 Rules of Civil Procedure and Local Rule 240(b).

      IT IS SO ORDERED.

Dated:  January 7, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE