MICHAEL B. BROWN (SB #179222)
michael.brown@stoel.com
COREY M. DAY (SB #311021)
corey.day@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

Attorneys for Plaintiff
Camp 1 Truckee LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMP 1 TRUCKEE LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>   v.<br><br>DAXKO, LLC, an Alabama limited liability company; and<br>DOES 1-20, inclusive,<br><br>          Defendants. | Case No. 2:21-cv-02064-MCE-JDP<br><br>ORDER GRANTING STIPULATION FOR DISMISSAL |

## ORDER

Good cause appearing therefor, the parties' Stipulation for Dismissal, ECF No. 31, is GRANTED. The above-entitled action is DISMISSED, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own fees and costs, and the Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: November 4, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE